Washington avenue in the city of Albany when a trolley car approaching from the west collided with him causing the injuries complained of. It appeared that he had parked his car heading south about twenty feet west of the intersection of a short street which did not continue beyond the avenue. He entered his automobile, started the engine, looked west and saw a trolley car standing at the next corner and started slowly to cross the street for the purpose of proceeding west. He looked toward the east and when within one or two feet of the track again toward the west, when he saw the car fifty or sixty feet away advancing at a high rate of speed.

*Walter A. Fullerton* for appellant.

*P. C. Dugan* and *John E. MacLean* for respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Divilion. Held, that the question of plaintiff's contributory negligence was one of fact for the jury.

Concur: Hiscock, Ch. J., Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.

---

John Mike et al., Respondents, *v.* Jacob Levy et al., Appellants.

*Appeal — unanimous reversal of order setting aside verdict and granting new trial and reinstatement of verdict — appeal without permission to Court of Appeals dismissed.*

*Mike* v. *Levy*, 210 App. Div. 813, appeal dismissed.
(Submitted November 23, 1925; decided December 1, 1925.)

Motion to dismiss an appeal from a judgment entered July 8, 1924, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, which unanimously reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiffs and granting a new trial and reinstated said verdict.

The motion was made upon the ground that permission to appeal had not been obtained.

*Harry Z. Harris* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

NELLIE E. SMITH, Appellant, *v.* ARTHUR P. SMITH, Respondent.

*Appeal — failure to file undertaking or prosecute appeal.*

*Smith* v. *Smith*, 214 App. Div. 751, appeal dismissed.

(Argued November 23, 1925; decided December 1, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 26, 1925, which affirmed an order of Special Term granting a motion to modify a final judgment of divorce.

The motion was made upon the ground of failure to file the required undertaking and otherwise prosecute the appeal.

*Isadore Bookstein* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ONE TWIN-SIX PACKARD CAR and PAUL O'MALLEY et al., Respondents.

*Appeal — failure to make and serve record.*

*People* v. *One Twin-six Packard Car*, 208 App. Div. 754, appeal dismissed.

(Argued November 23, 1925; decided December 1, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 17, 1924, which reversed two orders of the Chenango County Court denying motions for orders directing the return of a certain motor car, liquors and casks seized as claimed under subdivision 5 of section 802-b of the Code of Criminal Procedure.